UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THE ESTATE OF LULA LEONA HENDRIX
a/k/a LEONA L. HENDRIX, by and through
ANDREW JOSEPH HENDRIX a/k/a Andy
Hendrix, and LINDA WILLISON, Personal
Representatives

Plaintiff,

-vs-                                                               Case No. 5:05-cv-494-Oc-10GRJ

PROVIDENT GROUP-CITRUS HEALTH
AND REHABILITATION CENTER, LLC,
d/b/a Citrus Health and Rehabilitation
Center, PROVIDENT FOUNDATION, INC.,
a/k/a Provident Foundation, Inc. of Georgia
d/b/a Provident Group, ALLEN CURTIS,
a/k/a Allen Reedy Curtis, MARY BLINDA
KELDER MCCLEAN,

Defendants.
_____

**O R D E R**

The United States Magistrate Judge has issued a Report (Doc. 33) recommending that the Plaintiff's Motion to Remand Case, Alternative Motion to Show Cause and Request for Attorney's Fees and Costs (Doc. 15) be granted with respect to the request for remand, and denied with respect to the request for attorney's fees and costs. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered and adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed and made a part hereof; and

(2) the Plaintiff's Motion to Remand (Doc. 15) is GRANTED. Plaintiff's Request for Attorney's Fees and Costs is DENIED.

(3) the Clerk is directed to remand this case to the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 18th day of May, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record